UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No.: 08-22222-BKC-EPK** |
| | **Chapter 7** |
| **RICHARD S. KRUGMAN and** | |
| **TAMARA B. GIORDANO,** | |
| | |
|     Debtors. | |
| _____/ | |
| **DEBORAH C. MENOTTE, Trustee** | |
| **in Bankruptcy for Richard S. Krugman** | |
| **and Tamara B. Giordano,** | |
| | |
|     Plaintiff, | |
| vs. | **Adv.Proc.No.: 08-01870-EPK** |
| | |
| **RICHARD S. KRUGMAN and** | |
| **TAMARA B. GIORDANO,** | |
| | |
|     Defendants. | |
| _____/ | |

### NOTICE OF FILING PLAINTIFF/TRUSTEE'S AMENDED EXHIBIT REGISTER

    Chapter 7 Trustee, Deborah C. Menotte, by and through undersigned counsel, hereby files this, her Notice of Filing Plaintiff/Trustee's Amended Exhibit Register.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

RM:6372964:1

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties on the attached mailing list, on this 23RD day of April, 2009.

**RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.**
/s/ Marla B. Neufeld, Esq.
**Michael R. Bakst, Esq.**
**Florida Bar No.:   866377**
**Marla B. Neufeld, Esq.**
**Florida Bar No.:   046262**
**Attorneys for the Debtor**
**222 Lakeview Ave., Suite 800**
**West Palm Beach FL 33401**
**Telephone: (561) 838-4523**
**Facsimile: (561) 514-3423**
**Email:** michael.bakst@ruden.com
marla.neufeld@ruden.com

**Via Electronic Mail To:**

- Michael R. Bakst     efile2565@ruden.com, efile2558@ruden.com;FL65@ecfcbis.com

- Marla B Neufeld     efile1542@ruden.com, efile2550@ruden.com;efile2565@ruden.com

- Eric A Rosen     erosen@rosenwinig.com, sperini@rosenwinig.com