UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

RICHARD S. KRUGMAN and
TAMARA B. GIORDANO,

    Debtors.
_____/

DEBORAH C. MENOTTE, Trustee
in Bankruptcy for Richard S. Krugman
and Tamara B. Giordano,

    Plaintiff,
vs.

RICHARD S. KRUGMAN and
TAMARA B. GIORDANO,

    Defendants.
_____/

Case No.: 08-22222-BKC-EPK
Chapter 7



Adv.Proc.No.: 08-01870-EPK

## PLAINTIFF/TRUSTEE'S AMENDED EXHIBIT REGISTER

Exhibits submitted on behalf of:

    Deborah Menotte, Trustee in Bankruptcy for Richard S. Krugman and
    Tamara B. Giordano

Date of Trial:    April 24, 2009

    Objection to Debtors' Claim of Exemptions, Motion for Turnover of
    Property and Objection to the Debtors' Discharge

Submitted by:    Marla B. Neufeld, Counsel for Trustee
    222 Lakeview Avenue, Suite 800
    West Palm Beach FL 33401

| Exhibit No. | Description | Admitted; Refused; Not Introduced |
|---|---|---|
| 1. | Debtor's Schedules | Ad. |
| 2. | Amended Schedules | Ad. |
| 3. | Copy of Transcript of §341 Meeting of the Debtor's | Ad. |
| 4. | Copy of Transcript of Deposition of the Debtor's Taken on October 27, 2008 | Ad. |
| 5. | Copy of 7030 Examination Transcript of Defendants taken on March 27, 2009 | Ad |
| 6. | Copy Settlement Statements From sale of Debtor's Property In Florida and Pennsylvania | Ad. |
| 7. | Composite Exhibit of Debtor's Bank Statements | Ad. |
| 8. | Composite Exhibit of Debtor's Bank Statements | Ad. |
| 9. | Copy of Co-Debtor's 2007 Income Tax | Ad. |
| 10. | Copy of Debtor's 2007 Income Tax | Ad |
| 11. | Copy of Debtor's 2006 Income Tax | Ad. |
| 12. | Copy of Debtor's 2007 Income Tax | Ad. |
| 13. | Copy of Rental Agreement with Addison Storage dated November 19, 2007 | Ad |
| 14. | Activity Log from Addison Storage between August 23, 2008 and October 20, 2008 | Ad. |

| | | |
|---|---|---|
| 15. | Photographs of Debtors wearing jewelry. | A d. |
| 16. | Copy of Wachovia Bank Statements of Vanguard Anesthesia Associates of New Jersey, Inc | A d |
| 17. | Copy of Log of Artwork and Jewelry Sales | A d. |
| 18. | Copy of Log of Real Estate Transactions & Proceeds | A d. |
| 19. | Copy of Defendants' Request for Admissions and Trustee's Response to Defendants' Request for Admissions | A d. |