UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.fslb.uscourts.gov

In re:

RICHARD S. KRUGMAN and
TAMARA GIORDANO,

                Debtors.
_____/

DEBORAH C. MENOTTE, TRUSTEE,

                Plaintiff,

vs.

RICHARD S. KRUGMAN and
TAMARA B. GIORDANO

                Defendants.
_____/

Case No. 08-22222-EPK
Chapter 7

Adversary Number: 08-01870-EPK



## AMENDED DEFENDANTS' EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ X ] Defendants

Date of Hearing/Trial:         April 24, 2009

Type of Hearing/Trial:        **Objections to Debtors' Claim of Exemptions**
                                     **Complaint Objecting to Debtors' Discharge**

Submitted By:        Eric A. Rosen, Esq.
                        Rosen & Winig, P.A.
                        2925 PGA Boulevard, Suite 200
                        Palm Beach Gardens, Florida 33410
                        (561) 296-3030

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A. | Debtors' Petition for Relief, Schedules and Statement of Financial Affairs | Ad | | |
| B. | Debtors' Amended Schedules B and C | Ad | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| C. | Trustee's Verified *Ex Parte* Emergency Motion for Court Order Allowing Unannounced Inspection of the Debtors' Home and Inspection of Storage Location and to Provide for the U.S. Marshals to Accompany the Trustee if Necessary for Same | Ad | | |
| D. | Copy of a newspaper article: Jeff Blumenthal, <u>King beats Queen</u>, Philadelphia Business Journal (June 27-July 3, 2008) | O | | |
| E. | Order Granting In Part Trustee's *Ex Parte* Emergency Motion for Court Order Allowing Unannounced Inspection of the Debtors Home and Inspection of Storage Location and To Provide for the U.S. Marshals to Accompany The Trustee If Necessary for Same | Ad | | |
| F. | Debtors' Limited Objection to Trustee's Emergency Motion to Permit Inspection of Home and Storage Facility and related relief | Ad | | |
| G. | September 23, 2009 letter to Eric Rosen from Michael Bakst, Esq. regarding *Domb v. Krugman et al.*, $90,000.00 held by court | Ad | | |
| H. | Agreed Order Amending Order Granting In Part Trustee's *Ex Parte* Emergency Motion for Court Order Allowing Unannounced Inspection of the Debtor's Home and Inspection of Storage Location and to Provide US Marshals to Accompany the Trustee | Ad | | |
| I. | Transcript of Section 341 Meeting of Creditors Held on October 3, 2009 | Ad | | |
| J. | Transcript of Rule 2004 Examination Duces Tecum of Debtors dated October 27, 2008 | Ad | | |
| K. | E-mails between Debtors and I. Brewster & Company regarding sale of artwork | Ad | | |
| L. | Settlement statement for the sale from Krugman to Ratner/Boca | Ad | | |

2

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| M. | Settlement Statement for the sale of Krugman to D & A Friedman/Pennsylvania | A | | |
| N. | Trustee's Objection to Exemptions and Application for Turnover | A | | |
| O. | Debtors' Statement In Opposition to Trustee's Objection to Exemptions and Application for Turnover | A | | |
| P. | March 10, 2009 letter to Eric Rosen from Michael Bakst and attachments regarding Addison Storage Units | A | | |
| Q. | Emails between Pam Giordano and Richard Krugman | | | O |
| R. | Transcript of Deposition of Addison Storage Representative | A | | |
| S. | Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 et. seq. | A | | |
| T. | Answer to Complaint | A | | |
| U. | Defendants' Request for Admissions to Plaintiff | A | | |
| V. | Trustee's Response to Defendants' First Request for Admissions | A | | |
| W. | Defendants' First Set of Interrogatories | A | | |
| X. | Trustee's Response to the Defendants' First Set of Interrogatories | A | | |
| Y. | Defendants' Request for Production of Documents to Plaintiff | A | | |
| Z. | Trustee's Response to the Defendants' First Request for Production of Documents | A | | |
| AA. | Debtors' Wachovia bank statements dated 1/2006 | A | | |

3

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| | through 12/2006 supporting the above e-mails showing deposits from sale of artwork | | | |
| BB. | Debtors' Wachovia bank statements showing deposits of proceeds from sale of real property dated 1/2005 through 12/2005 | AA | | |
| CC. | Vanguard Anesthesia Associates of New Jersey, Inc. bank statements showing application of funds received from sale of property dated 1/1/2005 through 12/30/2005 | AA | | |
| DD. | Vanguard Anesthesia Associates of New Jersey, Inc. bank statements dated 12/31/2005 through 12/29/2006 | AA | | |
| EE. | Vanguard Anesthesia Associates of New Jersey, Inc. bank statements dated 12/30/2006 through 3/31/2008 | AA | | |
| FF. | The Vanguard Corp. of America bank statements dated 2/1/2005 through 12/30/2005 | AA | | |
| GG. | The Vanguard Corp. of America bank statements of dated 12/31/2005 through 12/29/2006 | AA | | |
| HH. | The Vanguard Corp. of America bank statements dated 12/30/2006 through 1/31/2008 | AA | | |
| II. | Transcript of 7030 Examination Duces Tecum of Debtors dated October 27, 2008 | AA | | |
| JJ. | Tamara Giordano's log of receipts and disbursements of proceeds received from sale of artwork, jewelry and real estate. | AA | | |
| KK. | Debtors' 2006 1040 U.S. Federal Tax Return | AA | | |
| LL. | Debtors' 2007 1040 U.S. Federal Tax Return | AA | | |
| MM. | Written Report by Expert Witness Virginia Utley | AA | | |
| NN. | Second Amended Verified Complaint | Ad | | |